PATRICK M. RYAN (SBN 203215)
*pryan@bzbm.com*
STEPHEN C. STEINBERG (SBN 230656)
*ssteinberg@bzbm.com*
GABRIELLA A. WILKINS (SBN 306173)
*gwilkins@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiffs CISCO SYSTEMS, INC., CISCO TECHNOLOGY, INC., and CIENA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.; CISCO TECHNOLOGY, INC.; and CIENA CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WUHAN WOLON COMMUNICATION TECHNOLOGY CO., LTD. and WUHAN WOLON CLOUD NETWORK COMMUNICATION TECHNOLOGY CO., LTD.,<br><br>　　　　Defendants. | Case No. 5:21-cv-04272-EJD<br><br>**CERTIFICATE OF SERVICE**<br><br>The Hon. Edward J. Davila<br><br>Trial Date:　　　Not Set |

2790.000/1656083.1

1

Case No. 5:21-cv-04272-EJD

CERTIFICATE OF SERVICE

1   At the time of service, I was over 18 years of age and not a party to this action. My
2   business address is One Embarcadero Center, Suite 800, San Francisco, CA 94111.
3   On July 30, 2021, I served a true copy of the following document(s) described as:

1. PLAINTIFF CIENA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATED TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND CIENA'S EMERGENCY EX PARTE MOTION [DKT. 32

2. DECLARATION OF STEPHEN C. STEINBERG IN SUPPORT OF PLAINTIFF CIENA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATED TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND CIENA'S EMERGENCY EX PARTE MOTION [32-1]

3. [PROPOSED] ORDER GRANTING PLAINTIFF CIENA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATED TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND CIENA'S EMERGENCY EX PARTE MOTION [32-2]

4. PUBLIC VERSION - FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: 1. FEDERAL TRADEMARK INFRINGEMENT AND COUNTERFEITING, 15 U.S.C. § 1114; 2. FEDERAL UNFAIR COMPETITION, 15 U.S.C. § 1125; CAL. BUS. & PROF. CODE § 17500; 3.     FEDERAL DILUTION OF MARK, 15 U.S.C. § 1125(c); 4. CALIFORNIA FALSE ADVERTISING,5. CALIFORNIA UNFAIR COMPETITION, CAL. BUS. & PROF. CODE § 17200 [DKT. 32-3]

5. SEALED VERSION - FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: 1. FEDERAL TRADEMARK INFRINGEMENT AND COUNTERFEITING, 15 U.S.C. § 1114; 2. FEDERAL UNFAIR COMPETITION, 15 U.S.C. § 1125; CAL. BUS. & PROF. CODE § 17500; 3.     FEDERAL DILUTION OF MARK, 15 U.S.C. § 1125(c); 4. CALIFORNIA FALSE ADVERTISING,5. CALIFORNIA UNFAIR COMPETITION, CAL. BUS. & PROF. CODE § 17200 [DKT. 32-4]

6. PUBLIC REDLINE COMPARISON - FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: 1. FEDERAL TRADEMARK INFRINGEMENT AND COUNTERFEITING, 15 U.S.C. § 1114; 2. FEDERAL UNFAIR COMPETITION, 15 U.S.C. § 1125; CAL. BUS. & PROF. CODE § 17500; 3. FEDERAL DILUTION OF MARK, 15 U.S.C. § 1125(c); 4. CALIFORNIA FALSE ADVERTISING,5. CALIFORNIA UNFAIR COMPETITION, CAL. BUS. & PROF. CODE § 17200 [DKT. 32-5]

7. SEALED REDLINE COMPARISON - FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: 1. FEDERAL TRADEMARK INFRINGEMENT AND COUNTERFEITING, 15 U.S.C. § 1114; 2. FEDERAL UNFAIR COMPETITION, 15 U.S.C. § 1125; CAL. BUS. & PROF. CODE § 17500; 3. FEDERAL DILUTION OF MARK, 15 U.S.C. § 1125(c); 4. CALIFORNIA FALSE ADVERTISING,5. CALIFORNIA UNFAIR COMPETITION, CAL. BUS. & PROF. CODE § 17200 [DKT. 32-6]

8. PUBLIC VERSION - PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER AUTHORIZING ALTERNATIVE

SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [DKT. 32-7]

9. SEALED VERSION - PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [DKT. 32-8]

10. PUBLIC VERSION - DECLARATION OF FIRST WITNESS IN SUPPORT OF PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 32-9]

11. SEALED VERSION - DECLARATION OF FIRST WITNESS IN SUPPORT OF PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 32-10]

12. PUBLIC VERSION - DECLARATION OF SECOND WITNESS IN SUPPORT OF PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 32-11]

13. SEALED VERSION - DECLARATION OF SECOND WITNESS IN SUPPORT OF PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 32-12]

14. PUBLIC VERSION - DECLARATION OF THIRD WITNESS IN SUPPORT OF PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 32-13]

15. SEALED VERSION - DECLARATION OF THIRD WITNESS IN SUPPORT OF PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 32-14

16. PLAINTIFF CIENA CORPORATION'S ADMINISTRATIVE MOTION TO REQUEST EXTENSION OF THE PAGE LIMIT FOR PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 33]

17. DECLARATION OF STEPHEN C. STEINBERG IN SUPPORT OF PLAINTIFF CIENA CORPORATION'S ADMINISTRATIVE MOTION TO REQUEST EXTENSION OF THE PAGE LIMIT FOR PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 33-1]

18. [PROPOSED] ORDER GRANTING PLAINTIFF CIENA CORPORATION'S ADMINISTRATIVE MOTION TO REQUEST EXTENSION OF THE PAGE LIMIT FOR PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 33-2]

19. PLAINTIFF CIENA CORPORATION'S CERTIFICATION OF INTERESTED PARTIES PURSUANT TO CIV. L.R. 3-15 AND DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 [DKT. 34]

20. PROPOSED SUMMONS - WUHAN WOLON CLOUD NETWORK COMMUNICATION TECHNOLOGY CO., LTD. [DKT. 35]

21. PROPOSED SUMMONS - WUHAN WOLON COMMUNICATION TECHNOLOGY CO., LTD. [DKT. 36]

22. PUBLIC VERSION - FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: 1. FEDERAL TRADEMARK INFRINGEMENT AND COUNTERFEITING, 15 U.S.C. § 1114; 2. FEDERAL UNFAIR COMPETITION, 15 U.S.C. § 1125; 3. FEDERAL DILUTION OF MARK, 15 U.S.C. § 1125(c); 4. CALIFORNIA FALSE ADVERTISING, CAL. BUS. & PROF. CODE § 17500; 5. CALIFORNIA UNFAIR COMPETITION, CAL. BUS. & PROF. CODE § 17200 [DKT. 37]

23. SEALED VERSION - FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: 1. FEDERAL TRADEMARK INFRINGEMENT AND COUNTERFEITING, 15 U.S.C. § 1114; 2. FEDERAL UNFAIR COMPETITION, 15 U.S.C. § 1125; 3. FEDERAL DILUTION OF MARK, 15 U.S.C. § 1125(c); 4. CALIFORNIA FALSE ADVERTISING, CAL. BUS. & PROF. CODE § 17500; 5. CALIFORNIA UNFAIR COMPETITION, CAL. BUS. & PROF. CODE § 17200 [DKT. 37-1]

24. PUBLIC VERSION - PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [DKT. 38]

25. PUBLIC VERSION - DECLARATION OF FIRST WITNESS IN SUPPORT OF PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [Dkt. 38-1]

26. PUBLIC VERSION - DECLARATION OF SECOND WITNESS IN SUPPORT OF PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [Dkt. 38-2]

27. PUBLIC VERSION - DECLARATION OF THIRD WITNESS IN SUPPORT OF PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER PERMITTING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [Dkt. 38-3]

28. [PROPOSED] ORDER GRANTING PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 38-4]

29. ISSUED SUMMONS - WUHAN WOLON CLOUD NETWORK COMMUNICATION TECHNOLOGY CO., LTD. [DKT. 39]

30. ISSUED SUMMONS - WUHAN WOLON CLOUD NETWORK COMMUNICATION TECHNOLOGY CO., LTD. [DKT. 40]

31. ORDER GRANTING PLAINTIFF CIENA CORPORATION'S ADMINISTRATIVE MOTION TO REQUEST EXTENSION OF THE PAGE LIMIT FOR PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 41]

32. ORDER GRANTING PLAINTIFF CIENA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATED TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND CIENA'S EMERGENCY EX PARTE MOTION [DKT. 42]

33. ORDER GRANTING PLAINTIFF CIENA CORPORATION'S EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE ORDER, EXPEDITED DISCOVERY, ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [DKT. 43]

34. 2021-07-23 ECF NOTICE SETTING DEADLINES – HEARINGS FOR ORDER TO SHOW CAUSE AND PRELIMINARY INJUNCTION

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on Dkt. 43 (Order Granting Plaintiff Ciena Corporation's Emergency Ex Parte Motion for Temporary Restraining Order, Asset Freeze Order, Expedited Discovery, Order Authorizing Alternative Service of Process, and

Order to Show Cause Re: Preliminary Injunction) in this matter permitting service on Defendants by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address tingroff@bzbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on August 31, 2021, at San Francisco, California.

*/s/ Terry Ingroff*
Terry Ingroff

**SERVICE LIST**

| | |
|---|---|
| Defendant Wuhan Wolon Communication Technology Co., Ltd. via email at: | Defendant Wuhan Wolon Cloud Network Communication Technology Co., Ltd. via email at: |
| sales01@wolonte.com | sales01@wolonte.com |