1  PATRICK M. RYAN (SBN 203215)
    *pryan@bzbm.com*
2  STEPHEN C. STEINBERG (SBN 230656)
    *ssteinberg@bzbm.com*
3  GABRIELLA A. WILKINS (SBN 306173)
    *gwilkins@bzbm.com*
4  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
5  One Embarcadero Center, Suite 800
   San Francisco, California 94111
6  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152

7

8  Attorneys for Plaintiffs CISCO SYSTEMS, INC.,
   CISCO TECHNOLOGY, INC., and CIENA
9  CORPORATION

10                         UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

| | |
|---|---|
| 13  CISCO SYSTEMS, INC.; CISCO TECHNOLOGY, INC.; and CIENA 14  CORPORATION, | Case No. 5:21-cv-04272-EJD |
| | **CERTIFICATE OF SERVICE** |
| 15            Plaintiffs, | The Hon. Edward J. Davila |
| 16       v. | Trial Date:          Not Set |
| 17  WUHAN WOLON COMMUNICATION TECHNOLOGY CO., LTD. and WUHAN 18  WOLON CLOUD NETWORK COMMUNICATION TECHNOLOGY CO., 19  LTD., | |
| 20            Defendants. | |

21
22
23
24
25
26
27
28

1   At the time of service, I was over 18 years of age and not a party to this action. My business address is One Embarcadero Center, Suite 800, San Francisco, CA 94111.

On August 31, 2021, I served a true copy of the following document(s) described as:

- [PROPOSED] ORDER GRANTING PLAINTIFFS CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC.'S MOTION FOR PRELIMINARY INJUNCTION [DKT. 30] and EXHIBIT A [DKT. 30-1]
- ORDER GRANTING PLAINTIFFS CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC. MOTION FOR PRELIMINARY INJUNCTION [DKT. 31] and EXHIBIT A [DKT. 31-1]

on the interested parties in this action as follows:

| | |
|---|---|
| Defendant Wuhan Wolon Communication Technology Co., Ltd. via email at: sales01@wolonte.com | Defendant Wuhan Wolon Cloud Network Communication Technology Co., Ltd. via email at: sales01@wolonte.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on Dkt. 43 (Order Granting Plaintiff Ciena Corporation's Emergency Ex Parte Motion for Temporary Restraining Order, Asset Freeze Order, Expedited Discovery, Order Authorizing Alternative Service of Process, and Order to Show Cause Re: Preliminary Injunction) in this matter permitting service on Defendants by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address spearson@bzbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 1, 2021, at San Francisco, California.

                                            */s/ Stephanie DM Pearson*
                                            Stephanie DM Pearson