PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
GABRIELLA A. WILKINS (SBN 306173)
  gwilkins@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiffs CISCO SYSTEMS, INC., CISCO TECHNOLOGY, INC., and CIENA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| CISCO SYSTEMS, INC.; CISCO TECHNOLOGY, INC.; and CIENA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>WUHAN WOLON COMMUNICATION TECHNOLOGY CO., LTD. and WUHAN WOLON CLOUD NETWORK COMMUNICATION TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 5:21-cv-04272-EJD<br><br>**REQUEST FOR ENTRY OF DEFAULT BY CLERK; DECLARATION OF GABRIELLA A. WILKINS IN SUPPORT THEREOF** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs Cisco Systems, Inc., Cisco Technology, Inc. and Ciena Corporation hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendants Wuhan Wolon Communication Technology Co., Ltd. and Wuhan Wolon Cloud Network Communication Technology Co., Ltd. (collectively, "Defendants") on the ground that said Defendants have failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiffs served Defendants with the summons, complaint, amended complaint, and other accompanying documents. Defendants failed to file a pleading or motion within the time allowed by law. Plaintiffs now request that the Clerk enter default judgment against Defendants.

The above stated facts are set forth in the accompanying Declaration of Gabriella A. Wilkins, filed herewith.

DATED: September 2, 2021

Respectfully submitted,

BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By: _____/s/ Gabriella A. Wilkins_____
GABRIELLA A. WILKINS
Attorneys for Plaintiffs
CISCO SYSTEMS, INC., CISCO TECHNOLOGY, INC. and CIENA CORPORATION

# DECLARATION OF GABRIELLA A. WILKINS IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT BY CLERK

I, Gabriella A. Wilkins, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate of Bartko Zankel Bunzel & Miller, attorneys of record for Plaintiffs Cisco Systems, Inc., Cisco Technology, Inc. (together, "Cisco") and Ciena Corporation ("Ciena") (collectively, "Plaintiffs"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Cisco's Request for Entry of Default by Clerk.

2. On or around June 28, 2021, Cisco served Defendants Wuhan Wolon Communication Technology Co., Ltd. and Wuhan Wolon Cloud Network Communication Technology Co., Ltd. (collectively, "Defendants") with the complaint and various accompanying documents. Cisco filed this Proof of Service with the Court on July 1, 2021 as ECF No. 29.

3. On or around July 22, 2021, Plaintiffs filed their First Amended Complaint adding Plaintiff Ciena as a party. (ECF No. 32-3).

4. On or around July 30, 2021, Plaintiffs served Defendants with the First Amended Complaint and various accompanying documents. Plaintiffs filed this Proof of Service with the Court on August 31, 2021 as ECF No. 52.

5. On or around August 17, 2021, Plaintiffs served Defendants with the Clerk's Notice Converting Hearing to Zoom Hearing Re Order to Show Cause Hearing Set for 8/26/21 (ECF No. 44). Plaintiffs filed this Proof of Service with the Court on August 31, 2021. ECF No. 53.

6. On or around August 31, 2021, Plaintiffs served Defendants with Plaintiffs' Case Management Statement and other various accompanying documents, including the Court's Order Granting Plaintiff Ciena Corporation's Motion for Preliminary Injunction (ECF No. 51). Plaintiffs filed this Proof of Service with the Court on August 31, 2021. ECF No. 54.

7. On or around August 31, 2021, Plaintiffs served Defendants with Proposed Order Granting Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc.'s Motion for Preliminary Injunction and Order Granting Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc.'s Motion for Preliminary Injunction. Plaintiffs filed this Proof of Service with the Court on September 1, 2021. ECF. No. 55.

8. Pursuant to the Fed. R. Civ. Proc. Rule 15, Defendants were required to file a response within the time remaining to respond to the original pleading or within fourteen (14) days after service of the amended pleading, whichever was later. Thus, Defendants were required to file a responsive pleading or motion on or around August 13, 2021.

9. As of the date of this declaration, Defendants have failed to file a pleading or any motion permitted by law.

10. Defendants are neither minors nor incompetent persons.

11. Pursuant to Fed. R. Civ. Proc. Rule 55 (b)(1), Plaintiffs request that the clerk enter default against Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of September, 2021 at Collingswood, New Jersey.

          */s/ Gabriella A. Wilkins*
          Gabriella A. Wilkins