PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
GABRIELLA A. WILKINS (SBN 306173)
  gwilkins@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiffs CISCO SYSTEMS, INC.,
CISCO TECHNOLOGY, INC., and CIENA
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.; CISCO TECHNOLOGY, INC.; and CIENA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>WUHAN WOLON COMMUNICATION TECHNOLOGY CO., LTD. and WUHAN WOLON CLOUD NETWORK COMMUNICATION TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 5:21-cv-04272-EJD<br><br>**JOINT MOTION TO APPROVE CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>The Hon. Edward J. Davila<br><br>Trial Date:           Not Set |

Plaintiffs CISCO SYSTEMS, INC., CISCO TECHNOLOGY, INC., and CIENA

CORPORATION (together, "Plaintiffs") and Defendants WUHAN WOLON

COMMUNICATION TECHNOLOGY CO., LTD. and WUHAN WOLON CLOUD NETWORK

COMMUNICATION TECHNOLOGY CO., LTD. (together, "Defendants") (collectively, the

///

///

"Parties") hereby move the Court to approve and enter the Consent Judgment and Permanent Injunction attached hereto, which has been signed by representatives of all of the Parties.

DATED: October 15, 2021

BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By: _____
Stephen C. Steinberg
Attorneys for Plaintiffs CISCO SYSTEMS, INC., CISCO TECHNOLOGY, INC., and CIENA CORPORATION